UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INGRID THORESON,

    Plaintiff,

v.                               Case No. 8:12-cv-1914-T-33AEP

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.
_____/

**ORDER**

    This matter is before the Court on consideration of the Report and Recommendation of United States Magistrate Judge Anthony E. Porcelli (Doc. # 15), filed on August 19, 2013, in which Judge Porcelli recommends that the decision of the Commissioner denying benefits be affirmed and this case be dismissed. Plaintiff filed her objection to the Report and Recommendation on August 19, 2013 (Doc. # 16), and Defendant filed a response to Plaintiff's objection on September 10, 2013 (Doc. # 17).

    After careful consideration and being fully advised in the premises, the Court adopts the Report and Recommendation of the Magistrate Judge and overrules the filed objections.

**Discussion**

A district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the entire record, including the Report and Recommendation and Plaintiff's objection thereto, the Court overrules the objection, adopts the Report and Recommendation, and affirms the Commissioner's decision denying benefits. The Court agrees with Judge Porcelli's detailed and well-reasoned findings of fact and conclusions of law.

The Report and Recommendation thoughtfully addresses the issues presented, and Plaintiff's arguments raised in her objection do not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) The Report and Recommendation of the Honorable Anthony E. Porcelli (Doc. # 15) is **ACCEPTED** and **ADOPTED**.

(2) The decision of the Commissioner of Social Security denying benefits is **AFFIRMED**.

(3) The Clerk is directed to enter judgment in favor of the Commissioner reflecting that the Commissioner's decision denying benefits is affirmed, and thereafter to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 12th day of September, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record